UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No**:** 1:19-cv-11720-LTS

CHRISTINE OST

*on behalf of herself and all other employees similarly situated*
Plaintiff

v.

SPIN THE PLANET INC., ET.AL.
Defendant

September 22, 2020

## 30-DAY SETTLEMENT ORDER OF DISMISSAL & CLOSING ORDER

SOROKIN, J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

By the Court,

/s/ Mariliz Montes
Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel